Gaurav Bobby Kalra (SBN 219483)
Attorney at Law
www.gbkattorney.com
1024 Iron Point Road, Suite 100
Folsom, California 95630
Telephone: (916) 357-6777
Facsimile: (916) 404-4270
bobby@gbkattorney.com

Attorneys for Plaintiffs
David Glenwinkel and
Global Marketing and Development, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| David Glenwinkel, an individual and California resident, Global Marketing and Development, Inc., a Nevada corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Todd D. Lubar, an individual and Maryland resident, Michael Gabor, an individual and Maryland resident, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:15-cv-00817-MCE-CKD<br><br>ORDER AS TO PLAINTIFF' REQUEST FOR DISMISSAL, WITHOUT PREJUDICE |

Plaintiffs David Glenwinkel and Global Marketing and Development, Inc., submit this Request for Dismissal without prejudice. The parties are engaged in lawsuits in two additional district courts, one in Maryland and one in the Southern District of California. At this time,

---

1
**ORDER AS TO REQUEST FOR DISMISSAL, WITHOUT PREJUDICE**

Plaintiffs wish to dismiss this proceeding until the other two cases are at issue and the causes of action in those proceedings are finalized.

Pursuant to Local Rule 137(b), this Proposed Order is submitted in PDF format via e-filing and also via word processing format to chambers, via e-mail.

Dated: February 19, 2016

/S/

By: _____
Gaurav Bobby Kalra (SBN 219483)
Attorney for Plaintiffs

**ORDER**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 8), this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT